UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES RUSSELL,<br><br>  Petitioner,<br><br>v.<br><br>STEPHEN JOHNSON, et al.,<br><br>  Respondents. | Civ. No. 20-1312 (PGS)<br><br>**MEMORANDUM & ORDER** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee twice. Therefore, the Clerk will be ordered to refund petitioner $5.00.

Accordingly, IT IS this ____ day of March, 2020,

ORDERED that the Clerk shall refund petitioner $5.00; and it is further

ORDERED that the Clerk shall serve this memorandum and order on petitioner by regular U.S. mail.

_____
PETER G. SHERIDAN
United States District Judge