UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JAMES RUSSELL, | : | |
| Petitioner, | : | Civ. No. 20-1312 (PGS) |
| v. | : | |
| STEPHEN JOHNSON, et al., | : | **MEMORANDUM & ORDER** |
| Respondents. | : | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In January, 2021, Respondents filed their answer in response to the habeas petition which challenges Petitioner's criminal case – Indictment Number 09-01-00109. However, it does not appear Respondents included a certificate of service to indicate they served their response and accompanying exhibits on Petitioner who is *pro se* and incarcerated. Subsequently, on June 2, 2021, Petitioner wrote to this Court indicating he never received a copy of Respondents' response and accompanying exhibits. (*See* ECF 33). Accordingly, Respondents shall be ordered to serve their response and exhibits on Petitioner. Petitioner shall also be given additional time in which to file a reply brief should he so chose.

Therefore, IT IS this 5TH day of August, 2021,

ORDERED Respondents shall serve their response and accompanying exhibits to Petitioner's habeas petition which they previously filed with this Court within fourteen (14) days of the date of this order and shall file an accompanying certificate of service with this Court also within fourteen (14) days; and it is further

ORDERED Petitioner shall have forty-five (45) days from the date of this order in which to file a reply brief in support of his habeas petition; and it is further

ORDERED the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

*s/Peter G. Sheridan*
PETER G. SHERIDAN, U.S.D.J.