**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

JAMES RUSSELL,

    Petitioner,                         Civ. No. 20-1312 (PGS)

v.

STEPHEN JOHNSON, et al.         **ORDER**

    Respondents.
_____

Before the Court is Petitioner James Russell's ("Petitioner") amended petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2254. (ECF No. 8.) The Court having considered the Petition, Respondents' answer (ECF No. 14), Petitioner's reply (ECF No. 38); and this matter being considered without oral argument, Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons set forth in the Court's accompanying Opinion,

**IT IS** on this 6TH day of March, 2023,

**ORDERED** that the Petition (ECF No. 8) is **DENIED**; it is further

**ORDERED** that a certificate of appealability is **DENIED**, *see* 28 U.S.C. § 2253(c)(2); and it is finally

**ORDERED** that the Clerk of the Court shall serve this Order and the accompanying Opinion upon Petitioner by regular U.S. mail and shall mark this matter **CLOSED**.

s/<i>Peter G. Sheridan</i><br>
PETER G. SHERIDAN, U.S.D.J.